# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE:<br>15 Park Pl.<br>2nd fl., Ste 4<br>Bronxville, NY 10708<br>Phone: (646) 992-8383<br>Fax: (718) 504-6962<br>***mail all correspondence | FLORIDA OFFICE:<br>1451 W Cypress Creek Road<br>Suite 300<br>Ft. Lauderdale, FL 33309<br>Phone: (954) 884-5040<br>Fax: (754) 484-3121 |

**MEMO ENDORSED**

January 14, 2026

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St,
Chamber 740
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/16/26
```

**Re: Joseph William Vazquez v. Comm'r of SSA  1:25-cv-07177-BCM**

Dear Honorable Judge Moses:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on January 14, 2026.  Due to multiple briefs coming due on or about the same date as a result of the end of administrative stays connected to government funding, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including March 16, 2026. The Defendant has given consent and further requests that the due date for his brief in response be extended to 60 days after Plaintiff's brief is due. No previous request for an extension has been made in this case.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Application GRANTED. The deadlines for the parties' briefs are hereby EXTENDED as follows: plaintiff's brief is due **March 16, 2026,** defendant's response is due **May 15, 2026,** and plaintiff's reply, if any, is due **June 15, 2026.** No further extensions will be granted absent compelling circumstances. *See* Loc. Civ. R. 4.1.

SO ORDERED.

January 16, 2026

Barbara Moses, U.S.M.J.

Cc:    Fergus John Kaiser, Esq.   (Via ECF)
       Attorney for Defendant.