# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

March 13, 2026

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St,
Chamber 740
New York, NY 10007

**MEMO ENDORSED**

**Letter Motion:**
**Extension of Time Request**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/16/26

**Re: Joseph William Vazquez v. Comm'r of SSA  1:25-cv-07177-BCM**

Dear Honorable Judge Moses:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on March 16, 2026. As a result of unplanned leave of office which has affected workload, Plaintiff requires a short extension through March 19, 2026. Counsel is aware that the Court advised no further extensions but the leave was familial in nature and not avoidable. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended through and including March 19, 2026. This is Plaintiff's second request for an extension in this case. The Defendant has given consent and has requested that his due date be 60 days after Plaintiff's new due date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Application GRANTED. Plaintiff's brief is due no later than **March 19, 2026**. Defendant's opposition is due no later than **May 15, 2026**.

SO ORDERED.

March 16, 2026                     _____
                                          **Barbara Moses**
                                          **United States Magistrate Judge**

Cc:    Fergus John Kaiser, Esq.   (Via ECF)
       Attorney for Defendant.